UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80112-CIV-HURLEY

**LAFARGE NORTH AMERICA, INC.,**
**a Maryland corporation,**
    **Plaintiff,**

vs.

**MATRACO-COLORADO, INC., and**
**JOHN F. WALKER,**
    **Defendants.**
_____/

## ORDER DENYING MOTIONS AS MOOT

**THIS CAUSE** is before the court upon the parties' stipulation for withdrawal of motions to tax costs [DE#295]. In light of this stipulation, and Magistrate Judge Ann E. Vitunac's recommended disposition of the motions as moot [DE# 296] it is

**ORDERED AND ADJUDGED:**

1. The report and recommendation of the Magistrate Judge [DE#296] is accepted.

2. The plaintiff/counter-defendant's verified motion to tax costs [DE# 289] is **DENIED as MOOT**, and the defendant/counter-claimant's verified motion to tax costs [DE# 287] is **DENIED as MOOT.**

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 21st day of May, 2009.

    _____
    Daniel T. K. Hurley
    United States District Judge

cc. all counsel